FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 9 2005

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| **UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO**<br>**Court Address: 901 19th St., A-105**<br>**Denver, CO**<br>**Phone Number:** | |
| **Plaintiff(s): AMX Productions, LLC: Michael Chaussee**<br><br>**Vs.**<br><br>**Defendant(s): George and Tina Martin, d/b/a GM Video; GM Video, Inc., an Arizona Corporation** | **COURT USE ONLY** |
| **Attorney for Plaintiff:**<br>Name: D. Dean Eastepp<br>Address: 3595 East Fountain Blvd., Ste. M-2<br>Colorado Springs, CO 80910<br>Phone Number: (719) 471-3040<br>FAX Number: (719) 471-7670 Atty. Reg. #: 7294 | **Case Number:**<br>**05 J 03**<br><br>**Div.: Ctrm:** |

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS, THAT **D. DEAN EASTEPP** of the County of El Paso and State of Colorado

( ) the owner and holder, by purchase and assignment from ________________

(x) the attorney for the judgment creditor in the above entitled action,
of the judgment heretofore rendered in this cause; for a good and valuable consideration to me in hand paid, does acknowledge full satisfaction and payment of said judgment, together with all interest, costs, claims or demands in any manner appurtenant thereto; and does release all and singular any and all liens existing against any properties of the judgment debtor in said action, by reason of the aforesaid judgment.

Dated this 7th day of Nov 2005

[signature]
By: D. Dean Eastepp
Judgment Creditor or Attorney

Subscribed and sworn to before me this 7th day of Nov. 2005
Given under my hand and official seal.

My commission expires: 8-25-09

[signature] Darla R Pierce
Notary Public

DARLA R PIERCE
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 08/25/2009

Dockets.Justia.com